IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FRANKLIN BROWN, | § | |
| | § | No. 438, 2016 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| RITE AID CORPORATION, | § | C.A. No. 11596-VCL |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: February 22, 2017
Decided: February 23, 2017

Before **STRINE**, Chief Justice; **HOLLAND**, **VAUGHN**, **SEITZ**, Justices; and **RENNIE**, Judge,[*] constituting the Court *en Banc*.

## **O R D E R**

This 23rd day of February 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its bench ruling dated August 22, 2016[1] and Order and Final Judgment dated August 24, 2016.[2]

---

[*] Sitting by designation under Del. Const. art. IV, § 12.
[1] *Brown v. Rite Aid*, C.A. No. 11596 (Del. Ch. Aug. 22, 2016).
[2] *Brown v. Rite Aid*, C.A. No. 11596 (Del. Ch. Aug. 24, 2016) (ORDER).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice